UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAHANSHAH KOHANSIMEH,

    Plaintiff,

vs.

FRANKLIN HALLEY,

    Defendant.

Case No. 3:18-cv-144

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

___

**ORDER AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 10)**
___

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #10) is **ADOPTED** in full; (2) Defendant's unopposed motion to dismiss (Doc. #8) is **GRANTED**; and (3) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

Date: September 4, 2018

\*s/Thomas M. Rose
Thomas M. Rose
United States District Judge